GERALD J. RYANS v. EDWARD LOWELL.

February 11, 1985.

Petition for certification denied.

JOSE RAMOS v. BROWNING FERRIS INDUSTRIES OF
SOUTH JERSEY, INC. v. LAMINATING
CORPORATION OF AMERICA.

February 11, 1985.

Petition for certification granted.

JOSE RAMOS v. BROWNING FERRIS INDUSTRIES OF
SOUTH JERSEY, INC. v. LAMINATING
CORPORATION OF AMERICA.

February 11, 1985.

Cross-petition for certification granted.